AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

United States of America

v.

Michael Chu, et al.

APPEARANCE

Case Number: 07 Cr. 1143 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

May 30, 2008
Date


Signature

Lee Renzin
Print Name

LR-7732
Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,     New York     10007
City     State     Zip Code

(212) 637-2723     (212) 637-0421
Phone Number     Fax Number