**DAVID H. SINGER & ASSOCIATES, LLP**
ATTORNEYS AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 810
NEW YORK, NY 10279

(212) 233-8800
FAX (212) 385-4870
DAVID@DHSLLP.COM

DAVID H. SINGER
ELLIOT R. GALPERN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

September 4, 2008

**By Fax 212-805-7906**
Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States vs. Michael Chu, et al
      07 Cr 1143 (DC)

Dear Judge Chin:

On behalf of our client, Michael Chu, we hereby request that his appearance at the conference presently scheduled for 2:00 P.M. on September 5, 2008, be waived for the following reasons:

1.  Our client intends to plead guilty and tomorrow we will request a date to enter his plea.

2.  Our client is diabetic and the U.S. Marshals move him at 6:30 in the morning and do not return him until after 6:00 at night. He suffers physical discomfort due to his diabetes, since he does not have access to food in the same manner that he does at MCC.

3.  Our client affirmatively waives his right to be present at the conference scheduled for 2:00 P.M. on September 5, 2008.

Therefore, we request that you grant an Order waiving Michael Chu's appearance at the hearing scheduled for September 5, 2008, at 2:00 P.M.

Thank you for your kind consideration in this matter.

*Approved.*
*So Ordered.*

Very truly yours,

David H. Singer

DHS/mfm
cc: Nicholas Goldin, AUSA
    Fax: 212-637-0083

*DCJ*
*9/4/08*

**DAVID H. SINGER & ASSOCIATES, LLP**
ATTORNEYS AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 810
NEW YORK, NY 10279

(212) 233-8800
FAX (212) 385-4870
DAVID@DHSLLP.COM

DAVID H. SINGER
ELLIOT P. GALPERN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

September 4, 2008

**By Fax 212-805-7906**
Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States vs. Michael Chu, et al
           07 Cr 1143 (DC)

Dear Judge Chin:

    On behalf of our client, Michael Chu, we hereby request that his appearance at the conference presently scheduled for 2:00 P.M. on September 5, 2008, be waived for the following reasons:

    1.  Our client intends to plead guilty and tomorrow we will request a date to enter his plea.

    2.  Our client is diabetic and the U.S. Marshals move him at 6:30 in the morning and do not return him until after 6:00 at night. He suffers physical discomfort due to his diabetes, since he does not have access to food in the same manner that he does at MCC.

    3.  Our client affirmatively waives his right to be present at the conference scheduled for 2:00 P.M. on September 5, 2008.

    Therefore, we request that you grant an Order waiving Michael Chu's appearance at the hearing scheduled for September 5, 2008, at 2:00 P.M.

    Thank you for your kind consideration in this matter.

Approved.
So ORDERED
*[signature]*
USDJ
9/4/08

Very truly yours,
*[signature]*
David H. Singer

DHS/mfm
cc: Nicholas Goldin, AUSA
    Fax: 212-637-0083